

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:    01-12-00901-CR

Trial Court Cause
Number:    1354971

Style:    Daniel Smith

    **v** The State of Texas

Date motion filed[*]:    April 9, 2013

Type of motion:    Extension of Time to File Appellant's Brief

Party filing motion:    Appellant

Document to be filed:    Brief

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

    Original due date:    December 20, 2012

    Number of previous extensions granted:    2, most recent due date March 4, 2013

    Date Requested:    April 19, 2013

Ordered that motion is:

    ☒    Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☒ The Court will not grant additional motions to extend time.

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature: /s/ Jane Bland
    ☒ Acting individually    ☐ Acting for the Court

Panel consists of Justices Jennings, Bland, and Massengale

Date: April 16, 2013